NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
Robert A. Jacobs (State Bar No. 160350)
Maura K. Gierl (State Bar No. 287430)
MANATT, PHELPS & PHILLIPS, LLP
11355 West Olympic Boulevard
Los Angeles, CA 90064
Tel.: (310) 312-4000
E-Mail: rjacobs@manatt.com; mgierl@manatt.com
ATTORNEY(S) FOR: Plaintiff Tracy Chapman

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

TRACY CHAPMAN

Plaintiff(s),

v.

ONIKA TANYA MARAJ p/k/a NICKI MINAJ and DOES 1-10

Defendant(s)

CASE NUMBER: 2:18-cv-9088

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**
(Local Rule 7.1-1)

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   Plaintiff Tracy Chapman
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Tracy Chapman | Plaintiff |
| Onika Tanya Maraj p/k/a Nicki Minaj | Defendant |

October 22, 2018
Date

/s/ Robert A. Jacobs
Signature
Robert A. Jacobs

Attorney of record for (or name of party appearing in pro per):

Plaintiff Tracy Chapman

CV-30 (05/13)   NOTICE OF INTERESTED PARTIES

