1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT

11

CENTRAL DISTRICT OF CALIFORNIA WESTERN DIVISION

12

13 | TRACY CHAPMAN,

Case No. 2:18-cv-9088-VAP

14 |          Plaintiff,

Judge:   Hon. Virginia A. Phillips

15 |     vs.

**[PROPOSED] ORDER GRANTING**
16 | ONIKA TANYA MARAJ p/k/a NICKI    **PLAINTIFF'S MOTION FOR**
MINAJ and DOES 1-10,                **PARTIAL SUMMARY JUDGMENT**
17 |

18 |          Defendants.

Hearing Date:        September 14, 2020
19 |                                     Hearing Time:        2:00 p.m.
Final Pretrial Conf.: October 5, 2020
20 |                                     Trial Date:          October 13. 2020

21 |                                     [Concurrently filed with: 1. Motion for
Summary Judgment; 2. Separate
22 |                                     Statement: and 3. Appendix of Evidence]

23

24

25

26

27

28

Case No. 2:18-cv-9088-VAP

1

**[PROPOSED] ORDER**

2      On September 14, 2020, this matter came on for a hearing on Plaintiff Tracy

3  Chapman's ("Chapman") Motion for Partial Summary Judgment against Defendant

4  Onika Tanya Maraj p/k/a Nicki Minaj ("Maraj").

5      Ms. Chapman moved for partial summary judgment as to the issue of

6  copyright infringement on the grounds that there is no genuine issue as to any

7  material fact regarding Ms. Maraj's actions.  Ms. Chapman contends, it is

8  undisputed that Ms. Maraj and her representatives and/or agents made multiple

9  requests to license Ms. Chapman's copyright in her well-known musical

10  composition *Baby Can I Hold You* (the "Composition") for use in Ms. Maraj's

11  recording (featuring Nas) *Sorry* (the "Infringing Work"), which Ms. Maraj created

12  without Ms. Chapman's consent.

13      Ms. Chapman contends that partial summary judgment regarding copyright

14  infringement is appropriate because: (1) Ms. Maraj infringed Ms. Chapman's

15  Composition by creating the Infringing Work without permission, (2) Ms. Maraj's

16  conduct was willful, (3) Ms. Maraj infringed Ms. Chapman's Composition by

17  distributing the Infringing Work, and (4) Ms. Maraj's conduct was willful.

18      This Court, having considered the moving, opposition and reply papers, the

19  arguments of counsel, and the evidence submitted by the parties,

20      **IT IS HEREBY ORDERED, ADJUDGED and DECREED:**

21      1.      Ms. Maraj infringed on Ms. Chapman's Composition by creating the

22  Infringing Work without permission;

23      2.      Ms. Maraj's conduct was willful;

24      3.      Ms. Maraj infringed on Ms. Chapman's Composition by distributing

25  the Infringing Work; and

26      4.      Ms. Maraj's conduct was willful.

27      Having granted Plaintiff's Motion, the Court finds the only remaining issue in

28  this litigation is the amount of damages, including fees and costs, to which Ms.

1  Chapman is entitled.

2      **IT IS SO ORDERED.**

3

4  Dated:  September __, 2020

5      _____
       Hon. Virginia A. Phillips
6      Chief United States District Judge

326713468.2

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28