UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA WESTERN DIVISION

| | |
|---|---|
| TRACY CHAPMAN, | Case No. 2:18-cv-9088-VAP |
| Plaintiff, | **ORDER CONTINUING CASE DEADLINES** |
| vs. | Judge: Hon. Virginia A. Phillips |
| ONIKA TANYA MARAJ p/k/a NICKI MINAJ and DOES 1-10, | |
| Defendants. | Date Filed: October 22, 2018 |
| | Final Pretrial Conf.: October 5, 2020<br>Trial Date: October 13. 2020 |

# ORDER

The Court has received, reviewed, and considered the Joint Stipulation to Continue Motion for Summary Judgment Deadlines.

NOW THEREFORE, believing that good cause exists for approving the Stipulation, the Court hereby **ORDERS** that the trial date and the final pretrial conference dates in this matter are continued to March 2, 2021 and February 22, 2021 respectively.  All related pretrial deadlines shall be calculated in accordance with the Court's Scheduling Order in this matter, with the exception that all dates related to the parties' cross-motions for summary judgment, including the September 14, 2020 hearing date, shall remain the same.  The deadlines shall be as follows:

| | |
|---|---|
| MSJ Hearing | September 14, 2020 |
| Pretrial Conference | February 22, 2021 at 2:30 p.m. |
| Trial | March 2, 2021 at 8:30 a.m. |

**IT IS SO ORDERED.**

Dated:  August 31, 2020

_____
Hon. Virginia A. Phillips
United States District Judge