1  BROWNE GEORGE ROSS
   O'BRIEN ANNAGUEY & ELLIS LLP
2  Peter W. Ross (State Bar No. 109741)
      pross@bgrfirm.com
3  Eric C. Lauritsen (State Bar No. 301219)
      elauritsen@bgrfirm.com
4  2121 Avenue of the Stars, Suite 2800
   Los Angeles, California 90067
5  Telephone: (310) 274-7100
   Facsimile: (310) 275-5697
6
   Attorneys for Defendant
7  ONIKA TANYA MARAJ

8

9               UNITED STATES DISTRICT COURT

10        CENTRAL DISTRICT OF CALIFORNIA WESTERN DIVISION

11

12 | TRACY CHAPMAN,                          | Case No. 2:18-cv-9088-VAP-SS
13 |         Plaintiff,                      | Judge: Hon. Virginia A. Phillips
14 |    vs.                                  | **DEFENDANT ONIKA MARAJ'S RULE 68 OFFER OF JUDGMENT**
15 | ONIKA TANYA MARAJ p/k/a NICKI MINAJ and DOES 1-10, |
16 |         Defendants.                     | Date Filed:    October 22, 2018
   |                                         | Disc. Cutoff:  July 29, 2020
17 |                                         | FPC:           February 22, 2021
   |                                         | Trial Date:    March 2, 2021

1717358.1                                                     Case No. 2:18-cv-9088-VAP-SS
                 DEFENDANT ONIKA MARAJ'S RULE 68 OFFER OF JUDGMENT

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, defendant Onika Tanya Maraj ("Defendant") hereby offers to allow entry of judgment as follows:

Judgment shall be entered in favor of plaintiff Tracy Chapman and against Defendant in the amount of $450,000, inclusive of all costs and attorney fees incurred to date.

DATED: December 17, 2020

BROWNE GEORGE ROSS
O'BRIEN ANNAGUEY & ELLIS LLP
Peter W. Ross
Eric C. Lauritsen

By: */s/ Peter W. Ross*
Peter W. Ross
Attorneys for Defendant Onika Tanya Maraj

# PROOF OF SERVICE

### Chapman v. Maraj p/k/a Nicki Minaj
### USDC Case No. 2:18-cv-9088

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 2121 Avenue of the Stars, Suite 2800, Los Angeles, CA 90067.

On December 17, 2020, I served true copies of the following document(s) described as **DEFENDANT ONIKA MARAJ'S RULE 68 OFFER OF JUDGMENT** on the interested parties in this action as follows:

| | |
|---|---|
| John M. Gatti, Esq.<br>Maura K. Gierl, Esq.<br>Lauren J. Fried, Esq.<br>MANATT, PHELPS & PHILLIPS, LLP<br>11355 West Olympic Boulevard<br>Los Angeles, California 90064-1614<br>Tel.: 310.312.4000<br>Fax: 310.312.4224<br>Email:  jgatti@manatt.com<br>     mgierl@manatt.com<br>     lfried@manatt.com | Attorneys for Plaintiff<br>Tracy Chapman |

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Browne George Ross O'Brien Annaguey & Ellis LLP for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope was placed in the mail at Los Angeles, California.

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** On December 17, 2020, I caused a copy of the document(s) to be sent from e-mail address aaugustine@bgrfirm.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed on December 17, 2020, at Los Angeles, California.

Andrea A. Augustine

1717358.1

Case No. 2:18-cv-9088-VAP-SS

DEFENDANT ONIKA MARAJ'S RULE 68 OFFER OF JUDGMENT