MANATT, PHELPS & PHILLIPS, LLP
JOHN M. GATTI (State Bar No. 138492)
E-mail: jgatti@manatt.com
LAUREN J. FRIED (State Bar No. 309005)
E-mail: lfried@manatt.com
2049 Century Park East, Suite 1700
Los Angeles, California 90067
Tel.: (310) 312-4000; Fax: (310) 312-4224

*Attorneys for Plaintiff*
TRACY CHAPMAN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY CHAPMAN, <br><br> Plaintiff, <br><br> vs. <br><br> ONIKA TANYA MARAJ p/k/a NICKI MINAJ and DOES 1-10, <br><br> Defendants. | No. 2:18-cv-09088-VAP-SS <br><br> Honorable Virginia A. Phillips <br><br> **PLAINTIFF TRACY CHAPMAN'S NOTICE OF ACCEPTANCE AND ACCEPTANCE OF DEFENDANT'S RULE 68 OFFER OF JUDGMENT** <br><br> Final Pretrial Conf.: February 22, 2021 <br> Trial Date: March 2, 2021 |

Pursuant to Rule 68(a) of the Federal Rules of Civil Procedure, Plaintiff Tracy Chapman ("Ms. Chapman"), through her undersigned counsel, hereby accepts and provides notice that she has accepted Defendant's Rule 68 Offer of Judgment to Ms. Chapman dated December 17, 2020, attached hereto as **Exhibit A**.

Dated: December 30, 2020

Respectfully submitted,

MANATT, PHELPS & PHILLIPS LLP

By: /s/ John M. Gatti
John M. Gatti
Lauren J. Fried
*Attorneys for Plaintiff*
**TRACY CHAPMAN**

# EXHIBIT A

1 | BROWNE GEORGE ROSS
O'BRIEN ANNAGUEY & ELLIS LLP
2 | Peter W. Ross (State Bar No. 109741)
  pross@bgrfirm.com
3 | Eric C. Lauritsen (State Bar No. 301219)
  elauritsen@bgrfirm.com
4 | 2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
5 | Telephone: (310) 274-7100
Facsimile: (310) 275-5697
6
Attorneys for Defendant
7 | ONIKA TANYA MARAJ
8
9 | UNITED STATES DISTRICT COURT
10 | CENTRAL DISTRICT OF CALIFORNIA WESTERN DIVISION
11

| | |
|---|---|
| TRACY CHAPMAN, | Case No. 2:18-cv-9088-VAP-SS |
| Plaintiff, | Judge: Hon. Virginia A. Phillips |
| vs. | **DEFENDANT ONIKA MARAJ'S RULE 68 OFFER OF JUDGMENT** |
| ONIKA TANYA MARAJ p/k/a NICKI MINAJ and DOES 1-10, | |
| Defendants. | Date Filed: October 22, 2018<br>Disc. Cutoff: July 29, 2020<br>FPC: February 22, 2021<br>Trial Date: March 2, 2021 |

1717358.1

Case No. 2:18-cv-9088-VAP-SS

DEFENDANT ONIKA MARAJ'S RULE 68 OFFER OF JUDGMENT

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, defendant Onika Tanya Maraj ("Defendant") hereby offers to allow entry of judgment as follows:

Judgment shall be entered in favor of plaintiff Tracy Chapman and against Defendant in the amount of $450,000, inclusive of all costs and attorney fees incurred to date.

DATED: December 17, 2020

BROWNE GEORGE ROSS
O'BRIEN ANNAGUEY & ELLIS LLP
Peter W. Ross
Eric C. Lauritsen

By: /s/ Peter W. Ross
Peter W. Ross
Attorneys for Defendant Onika Tanya Maraj

## PROOF OF SERVICE

**Chapman v. Maraj p/k/a Nicki Minaj**
**USDC Case No. 2:18-cv-9088**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 2121 Avenue of the Stars, Suite 2800, Los Angeles, CA 90067.

On December 17, 2020, I served true copies of the following document(s) described as **DEFENDANT ONIKA MARAJ'S RULE 68 OFFER OF JUDGMENT** on the interested parties in this action as follows:

| | |
|---|---|
| John M. Gatti, Esq.<br>Maura K. Gierl, Esq.<br>Lauren J. Fried, Esq.<br>MANATT, PHELPS & PHILLIPS, LLP<br>11355 West Olympic Boulevard<br>Los Angeles, California 90064-1614<br>Tel.: 310.312.4000<br>Fax: 310.312.4224<br>Email:   jgatti@manatt.com<br>         mgierl@manatt.com<br>         lfried@manatt.com | Attorneys for Plaintiff<br>Tracy Chapman |

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Browne George Ross O'Brien Annaguey & Ellis LLP for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope was placed in the mail at Los Angeles, California.

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** On December 17, 2020, I caused a copy of the document(s) to be sent from e-mail address aaugustine@bgrfirm.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed on December 17, 2020, at Los Angeles, California.

_____
Andrea A. Augustine

# PROOF OF SERVICE

I, Erica Nash, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 2049 Century Park East, Suite 1700, Los Angeles, California 90067. On **December 30, 2020**, I served a copy of the within document(s):

**PLAINTIFF TRACY CHAPMAN'S NOTICE OF ACCEPTANCE AND ACCEPTANCE OF DEFENDANT'S RULE 68 OFFER OF JUDGMENT**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, the United States mail at Los Angeles, California addressed as set forth below.

☒ by placing the document(s) listed above in a sealed **FEDERAL EXPRESS** envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a **FEDERAL EXPRESS** agent for delivery.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☒ by transmitting via e-mail or electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

*Please see attached Service List*.

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **December 30, 2020**, at Los Angeles, California.

                                                    */s/ Erica Nash*
                                                     Erica Nash

327186231.1

## Service List

Peter W. Ross
PRoss@bgrfirm.com
Eric C. Lauritsen
elauritsen@bgrfirm.com
Emma Sutherland
ESutherland@bgrfirm.com
Andrea A. Augustine
aaugustine@bgrfirm.com
BROWNE GEORGE ROSS LLP
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Ph: 310.274.7100
Fax: 310.275.5697