JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Tracy Chapman,<br><br>        Plaintiff,<br><br>    v.<br><br>Onika Tanya Maraj,<br><br>        Defendant. | Case No. 2:18-cv-09088-VAP-SSx<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Pursuant to Defendant Onika Tanya Maraj's ("Defendant") acceptance of Plaintiff Tracy Chapman's ("Plaintiff") Offer of Judgment (Dkts. 84, 85), IT IS ORDERED AND ADJUDGED that the action, *Tracy Chapman v. Onika Tanya Maraj et al.*, 2:18-cv-09088-VAP-SSx, has settled and judgment is hereby entered in favor of Tracy Chapman. Pursuant to this Judgment, Defendant shall pay Plaintiff $450,000, inclusive of all costs and attorney's fees incurred through December 17, 2020. The Court orders that such judgment be entered.

**IT IS SO ORDERED.**

Dated:   1/12/21

                                          Virginia A. Phillips
                                          United States District Judge