**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

Tracy Chapman,

            Plaintiff,

            v.

Onika Tanya Maraj,

            Defendant.

2:18-cv-09088-VAP-SSx

**CORRECTED JUDGMENT**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

    Pursuant to Plaintiff Tracy Chapman's ("Plaintiff") acceptance of Defendant Onika Tanya Maraj's ("Defendant") Offer of Judgment (Dkts. 84, 85), IT IS ORDERED AND ADJUDGED that judgment is hereby entered in favor of Tracy Chapman in the action entitled, *Tracy Chapman v. Onika Tanya Maraj et al.*, 2:18-cv-09088-VAP-SSx. Pursuant to this Judgment, Defendant shall pay Plaintiff $450,000, inclusive of all costs and attorney's fees incurred through December 17, 2020. The Court orders that such judgment be entered.

**IT IS SO ORDERED.**

    Dated:    1/14/21

                            Virginia A. Phillips
                            United States District Judge

United States District Court
Central District of California

1